IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DELGADO,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS LEA INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03526 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on August 31, 2007 on the motion to remand filed by Plaintiff. The Court HEREBY ORDERS that Defendants' opposition to this motion shall be due by Monday, August 6, 2007 and Plaintiff's reply, if any, shall be due by Monday, August 13, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 23, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE