**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDE DELGADO,

    Plaintiff,

v.

WILLIAMS LEA INC., et al.,

    Defendants.
_____/

No. C 07-03526 JSW

**ORDER VACATING HEARING DATE**

The Defendants' motion to remand is currently set for hearing on Friday, August 31, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 31, 2007 is VACATED.

    **IT IS SO ORDERED.**

Dated: August 16, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE