## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUDE DELGADO

              Plaintiff(s),

     v.

WILLIAMS LEA, INC., et al.

              Defendant(s).

                      /

CASE NO. C 07-3526 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[X]  have not yet reached an agreement to an ADR process

[ ]  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  10/18/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sonia Martin | Williams Lea, Inc. | (415) 882-5000 | smartin@sonnenschein.com |
| Michael Hoffman | Jude Delgado | (415) 362-1111 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: October 3, 2007

                           Attorney for Defendant
                           Williams Lea, Inc.

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com