MICHAEL HOFFMAN (State Bar No. 154481)
LAW OFFICE OF MICHAEL HOFFMAN
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 362-1111
Facsimile: (415) 362-1112
E-mail:     mhoffman@employment-lawyers.com

Attorneys for Plaintiff
JUDE DELGADO


SONIA MARTIN (State Bar No. 191148)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail:     smartin@sonnenschein.com
            kdehope@sonnenschein.com

Attorneys for Defendant
WILLIAMS LEA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDE DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAMS LEA, INC., CHARLOTTE DOLLY, and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | No. C07-3526 JSW<br><br>STIPULATION REGARDING ALTERNATIVE DISPUTE RESOLUTION AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date:　October 19, 2007<br>Time:　1:30 p.m.<br>Place:　Crtm. 2, 17th Floor<br>Before: Hon. Jeffrey S. White |

　　　　The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1  WHEREAS, on October 12, 2007, the parties participated in an ADR Conference Call, pursuant to Local Rule 16-8(c);

WHEREAS, during the ADR conference call, the parties agreed to participate in this Court's mediation program, pursuant to ADR Local Rule 6;

WHEREAS, on July 22, 2007, plaintiff filed a motion to remand this action to San Francisco County Superior Court, which this Court took under submission on August 16, 2007;

WHEREAS, the parties believe there is a greater likelihood of settlement if they participate in a mediation prior to the issuance of this Court's order on plaintiff's motion to remand;

WHEREAS, a case management conference is currently scheduled for October 19, 2007;

WHEREAS, counsel for plaintiff is scheduled to be in trial in another action, styled *Sylvia Reynoso v. State of California Department of Transportation*, Sacramento Superior Court, Case No. 05AS03030, on October 19, 2007;

IT IS HEREBY STIPULATED AND AGREED that:

1. The parties request referral to the Court's mediation program, pursuant to ADR Local Rule 6;

2. The parties request that the Court continue the Case Management Conference by one week, to October 26, 2007, or as soon thereafter as is convenient for this Court;

3. The parties request that the Court hold plaintiff's motion to remand in abeyance pending the parties' participation in a mediation pursuant to ADR Local Rule 6.

IT IS SO STIPULATED.

Dated: October ___, 2007

Respectfully submitted,

LAW OFFICES OF MICHAEL HOFFMAN


By_____
MICHAEL HOFFMAN

Attorneys for Plaintiff
JUDE DELGADO

| | | |
|---|---|---|
| 1 | Dated: October __, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2 | | |
| 3 | | |
| 4 | | By_____ |
| 5 | | SONIA MARTIN |
| 6 | | Attorneys for Defendants<br>WILLIAMS LEA, INC., CHARLOTTE DOLLY |
| 7 | | |
| 8 | IT IS SO ORDERED. | |
| 9 | | |
| 10 | Dated: _____, 2007 | |
| 11 | | |
| 12 | | _____ |
| 13 | 27280153\V-1 | The Hon. Jeffrey S. White |