UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DELGADO

        Plaintiff(s),                          No. C 07-03526 JSW

    v.                                   **CLERK'S NOTICE**

WILLIAMS LEA INC.

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference scheduled for October 19, 2007 at 1:30 p.m. , in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE JEFFREY S. WHITE is **VACATED** and will be rescheduled by the Court, if needed.

                                                Richard W. Wieking
                                               Clerk, United States District Court

                                               By:_____
                                               Jennifer Ottolini, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated: October 16, 2007