1  MICHAEL HOFFMAN (State Bar No. 154481)
   LAW OFFICE OF MICHAEL HOFFMAN
2  22 Battery Street, Suite 1000
   San Francisco, CA 94111
3  Telephone: (415) 362-1111
   Facsimile: (415) 362-1112
4  E-mail:     mhoffman@employment-lawyers.com

5  Attorneys for Plaintiff
   JUDE DELGADO
6

7  SONIA MARTIN (State Bar No. 191148)
   KIMBERLY DE HOPE (State Bar No. 215217)
8  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
10 Facsimile: (415) 882-0300
   E-mail:     smartin@sonnenschein.com
11             kdehope@sonnenschein.com

12 Attorneys for Defendant
   WILLIAMS LEA, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17 | JUDE DELGADO,                            | No. C07-3526 JSW
18 |         Plaintiff,                       | STIPULATION REGARDING
   |                                          | ALTERNATIVE DISPUTE RESOLUTION
19 |   vs.                                    | AND CASE MANAGEMENT
   |                                          | CONFERENCE AND [PROPOSED] ORDER
20 | WILLIAMS LEA, INC., CHARLOTTE
   | DOLLY, and DOES 1 through 100,
21 | inclusive                                | Date:  October 19, 2007
   |                                          | Time:  1:30 p.m.
22 |         Defendants.                      | Place: Crtm. 2, 17th Floor
   |                                          | Before: Hon. Jeffrey S. White
23

24

25     The parties, by and through their respective counsel of record, hereby stipulate and agree

26 as follows and respectfully request that the Court approve and give effect to their stipulation:

27

28

-1-
Case No. C07-3526 JSW                                 STIP. RE ADR AND CMC & [PROP.] ORDER

1         WHEREAS, on October 12, 2007, the parties participated in an ADR Conference Call, pursuant to Local Rule 16-8(c);

2         WHEREAS, during the ADR conference call, the parties agreed to participate in this Court's mediation program, pursuant to ADR Local Rule 6;

3         WHEREAS, on July 22, 2007, plaintiff filed a motion to remand this action to San Francisco County Superior Court, which this Court took under submission on August 16, 2007;

4         WHEREAS, the parties believe there is a greater likelihood of settlement if they participate in a mediation prior to the issuance of this Court's order on plaintiff's motion to remand;

5         WHEREAS, a case management conference is currently scheduled for October 19, 2007;

6         WHEREAS, counsel for plaintiff is scheduled to be in trial in another action, styled *Sylvia Reynoso v. State of California Department of Transportation*, Sacramento Superior Court, Case No. 05AS03030, on October 19, 2007;

IT IS HEREBY STIPULATED AND AGREED that:

1. The parties request referral to the Court's mediation program, pursuant to ADR Local Rule 6;

2. The parties request that the Court continue the Case Management Conference by one week, to October 26, 2007, or as soon thereafter as is convenient for this Court;

3. The parties request that the Court hold plaintiff's motion to remand in abeyance pending the parties' participation in a mediation pursuant to ADR Local Rule 6.

IT IS SO STIPULATED.

Dated: October 16, 2007

Respectfully submitted,

LAW OFFICES OF MICHAEL HOFFMAN


By_____/s/_____
                MICHAEL HOFFMAN

Attorneys for Plaintiff
JUDE DELGADO

-2-
Case No. C07-3526 JSW                              STIP. RE ADR AND CMC & [PROP.] ORDER

| | |
|---|---|
| Dated: October 16, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | By _____/s/_____<br>SONIA MARTIN |
| | Attorneys for Defendants<br>WILLIAMS LEA, INC., CHARLOTTE DOLLY |

IT IS SO ORDERED.

Dated: _____, 2007

_____
The Hon. Jeffrey S. White

27280153\V-1