1   MICHAEL HOFFMAN (State Bar No. 154481)
    LAW OFFICE OF MICHAEL HOFFMAN
2   22 Battery Street, Suite 1000
    San Francisco, CA 94111
3   Telephone:  (415) 362-1111
    Facsimile:  (415) 362-1112
4   E-mail:       mhoffman@employment-lawyers.com

5   Attorneys for Plaintiff
    JUDE DELGADO
6

7   SONIA MARTIN (State Bar No. 191148)
    KIMBERLY DE HOPE  (State Bar No. 215217)
8   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
9   San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
10  Facsimile: (415) 882-0300
    E-mail:       smartin@sonnenschein.com
11                kdehope@sonnenschein.com

12  Attorneys for Defendant
    WILLIAMS LEA, INC.
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17  JUDE DELGADO,                          No. C07-3526 JSW

18          Plaintiff,                     STIPULATION REGARDING
                                           ALTERNATIVE DISPUTE RESOLUTION
19      vs.                                AND CASE MANAGEMENT
                                           CONFERENCE AND [PROPOSED] ORDER
20  WILLIAMS LEA, INC., CHARLOTTE
    DOLLY, and DOES 1 through 100,
21  inclusive                             Date:    October 19, 2007
                                          Time:    1:30 p.m.
22          Defendants.                    Place:   Crtm. 2, 17th Floor
                                           Before: Hon. Jeffrey S. White
23

24

25          The parties, by and through their respective counsel of record, hereby stipulate and agree

26  as follows and respectfully request that the Court approve and give effect to their stipulation:

27

28

                                            -1-

1    WHEREAS, on October 12, 2007, the parties participated in an ADR Conference Call,

2    pursuant to Local Rule 16-8(c);

3    WHEREAS, during the ADR conference call, the parties agreed to participate in this

4    Court's mediation program, pursuant to ADR Local Rule 6;

5    WHEREAS, on July 22, 2007, plaintiff filed a motion to remand this action to San

6    Francisco County Superior Court, which this Court took under submission on August 16, 2007;

7    WHEREAS, the parties believe there is a greater likelihood of settlement if they

8    participate in a mediation prior to the issuance of this Court's order on plaintiff's motion to

9    remand;

10    WHEREAS, a case management conference is currently scheduled for October 19, 2007;

11    WHEREAS, counsel for plaintiff is scheduled to be in trial in another action, styled

12    *Sylvia Reynoso v. State of California Department of Transportation*, Sacramento Superior Court,

13    Case No. 05AS03030, on October 19, 2007;

14    IT IS HEREBY STIPULATED AND AGREED that:

15    1.    The parties request referral to the Court's mediation program, pursuant to ADR

16    Local Rule 6;

17    2.    ~~The parties request that the Court continue the Case Management Conference by~~

18    ~~one week, to October 26, 2007, or as soon thereafter as is convenient for this Court;~~

19    3.    The parties request that the Court hold plaintiff's motion to remand in abeyance

20    pending the parties' participation in a mediation pursuant to ADR Local Rule 6.

21    IT IS SO STIPULATED.

22    Dated: October 16, 2007

Respectfully submitted,

23    LAW OFFICES OF MICHAEL HOFFMAN

24

25

26    By_____/s/_____

MICHAEL HOFFMAN

27

28    Attorneys for Plaintiff
JUDE DELGADO

-2-

1    Dated: October 16, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4                                               By_____/s/_____
                                                        SONIA MARTIN
5
                                                Attorneys for Defendants
6                                               WILLIAMS LEA, INC., CHARLOTTE DOLLY

7

8        IT IS SO ORDERED.

9

10   Dated:  _November 1_____ , 2007

11

12                                              _____
                                                The Hon. Jeffrey S. White
13       27280153\V-1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Case No. C07-3526 JSW                           STIP. RE ADR AND CMC & [PROP.] ORDER