# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Delgado,<br><br>              Plaintiff(s),<br><br>   v.<br><br>Williams Lea, Inc.,<br><br>             Defendant(s). | 07-03526 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

        **JoAnne Dellaverson**
        Law Offices of JoAnne Dellaverson
        81 Throckmorton Ave., Suite 203
        Mill Valley, CA 94941
        415-381-8676
        jad@dellaverson.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: November 8, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03526 JSW MED                - 2 -