November 16, 2007

Michael R. Hoffman
Law Offices of Michael Hoffman
22 Battery St, Suite 100
San Francisco, CA. 94111

Kimberly E. De Hope
Sonia R. Martin
Sonnenschein Nath & Rosenthal LLP
525 Market St., 26th Floor
San Francisco, CA. 94105

                Re:     Delgado v. Williams Lea, Inc.
                         C-07-03526 JSW - MED

Dear Counsel:

      As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have previously sent you a resume describing my professional experience.

      Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- The procedures to be followed;
- The nature of the case;
- Appropriate dates for the mediation and anticipated length of the session;
- The parties who must be present under L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- Ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- Requirements for your written mediation statements;
- Any questions you might have about how I normally conduct mediations; and
- Any questions you might have about the mediation program.

      I anticipate the telephone conference will last approximately one-half hour. I have set the telephone conference for **Wednesday, November 21, at 9am.** Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date the mediation can be held is **January 30, 2008**, based on the scheduling order.

      My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

      I look forward to assisting you on this case.

                                          Very truly yours,

                                          JoAnne Dellaverson

Cc: Clerk's Office – ADR Unit
      Alice Fiel