IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDE DELGADO,

    Plaintiff,

v.

WILLIAMS LEA INC. a corporation;
CHARLOTTE DOLLY, an individual,

    Defendants.

No. C 07-03526 JSW

**ORDER DIRECTING PARTIES
TO FILE STATUS REPORT**

On November 1, 2007, the Court granted the parties' stipulation to defer ruling on the pending motion to remand until the parties had an opportunity to participate in a mediation. The mediation was scheduled for February 1, 2008. The Court HEREBY DIRECTS the parties to file a joint status report by no later than February 13, 2008 informing the Court of whether the parties reached a settlement or otherwise have good cause to further delay the ruling on the motion to remand.

**IT IS SO ORDERED.**

Dated: February 7, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE