# UNITED STATES DISTRICT COURT

## Northern District of California

Delgado,

    Plaintiff(s),

v.

Williams Lea, Inc.,

    Defendant(s).

No. C 07-03526 JSW MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Feb 1, 2008

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) ongoing

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 2-11-08

Mediator, JoAnne Dellaverson
Law Offices of JoAnne Dellaverson
81 Throckmorton Ave., Suite 203
Mill Valley, CA 94941

**Certification of ADR Session**
07-03526 JSW MED