MICHAEL HOFFMAN
LAW OFFICES OF MICHAEL HOFFMAN
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 362-1111
Facsimile: (415) 274-8770

Attorneys for Plaintiff
WILLIAM DELGADO

SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
WILLIAMS LEA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDE DELGADO, | No. C07-3526 JSW |
| Plaintiff, | JOINT STATUS REPORT |
| vs. | |
| WILLIAMS LEA, INC., CHARLOTTE DOLLY, and DOES 1 through 100, inclusive | |
| Defendants. | |

In accordance with the Court's February 7, 2008 Order, the parties hereby submit the following Joint Status Report.

The parties attended a mediation before JoAnne Dellaverson, Esq. on February 1, 2008. Although the case did not resolve at the mediation, the parties continue to engage in settlement discussions. The parties believe it would be appropriate for the Court to schedule the plaintiff's Motion for Remand for a hearing in March, and propose a March 14, 2008 hearing date.

-1-

Case No. C07-3526 JSW                                JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | Respectfully submitted, |
| 2 | | LAW OFFICES OF MICHAEL HOFFMAN |



By _____
MICHAEL HOFFMAN

Attorneys For Plaintiff
JUDE DELGADO

Dated: February 3, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
SONIA MARTIN

Attorneys for Defendant
WILLIAMS LEA, INC.

27289855\V-1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. C07-3526 JSW

-2-

JOINT STATUS REPORT