**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  JUDE DELGADO,

10          Plaintiff,                          No. C 07-03526 JSW

11     v.

12  WILLIAMS LEA INC. a corporation;            **ORDER DIRECTING PARTIES**
    CHARLOTTE DOLLY, an individual,             **TO FILE FURTHER STATUS**
13                                              **REPORT**
          Defendants.
14  _____/

15

16         On February 13, 2008, the parties filed a joint status report informing the Court that

17  although the parties did not resolve this matter at the mediation, they are continuing to engage

18  in settlement discussions.  The Court directs the parties to file a further joint status report by no

19  later than March 14, 2008 to inform the Court of whether the parties reached a settlement or

20  otherwise have good cause to further delay the ruling on the motion to remand.  The Court

21  already deemed the motion to remand submitted and will not reset a hearing on this matter if the

22  parties are unable to reach a settlement.

23         **IT IS SO ORDERED.**

24

25  Dated: February 21, 2008                    _____
                                                JEFFREY S. WHITE
26                                              UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28