MICHAEL HOFFMAN (State Bar No. 154481)
LAW OFFICES OF MICHAEL HOFFMAN
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 362-1111
Facsimile: (415) 274-8770

Attorneys for Plaintiff
WILLIAM DELGADO

SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
WILLIAMS LEA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDE DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMS LEA, INC., CHARLOTTE DOLLY, and DOES 1 through 100, inclusive<br><br>    Defendants. | No. C07-3526 JSW<br><br>JOINT STATUS REPORT |

In accordance with the Court's February 7, 2008 Order, the parties hereby submit the following Joint Status Report.

The parties are pleased to report that they have reached a settlement in principal, and anticipate finalizing the settlement documents within the next 30 days. Accordingly, the parties propose that the Court set this matter on its dismissal calendar.

Dated: March 12, 2008

Respectfully submitted,

LAW OFFICES OF MICHAEL HOFFMAN

_____
MICHAEL HOFFMAN

Attorneys For Plaintiff
JUDE DELGADO

Dated: March 13, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
SONIA MARTIN

Attorneys for Defendant
WILLIAMS LEA, INC.

27292499\V-1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. C07-3526 JSW

-2-

JOINT STATUS REPORT