LAW OFFICES OF MICHAEL HOFFMAN
MICHAEL HOFFMAN 154481
22 Battery Street, Ste. 1000
San Francisco, CA 94111
Tel    (415) 362-1111
Fax   (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JUDE DELGADO, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMS LEA, INC., a Corporation; Charlotte Dolly, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C 07-3526 JSW<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF; |

**<u>NOTICE OF WITHDRAWAL OF MOTION TO REMAND</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jude Delgado in light of the pending setlement hereby withdraws his motion to this Court for an order providing that the instant action be remanded back to State Court, that defendants pay an award of attorneys' fees and costs to plaintiff

This Motion may be presented again if the settlement should fail.

-1-
NOTICE OF WITHRRAWAL OF MOTION FOR ORDER REMANDING CASE TO STATE COURT AND
AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF;
C 07-3526 JSW

1 | DATED: 3-14-08           LAW OFFICES OF MICHAEL HOFFMAN



MICHAEL HOFFMAN

Attorneys for Plaintiff

JUDE DELGADO