LAW OFFICES OF MICHAEL HOFFMAN
MICHAEL HOFFMAN 154481
22 Battery Street, Ste. 1000
San Francisco, CA 94111
Tel    (415) 362-1111
Fax   (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JUDE DELGADO, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMS LEA, INC., a Corporation; Charlotte Dolly, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C 07-3526 JSW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel of record, as follows:

1.    The parties, and their respective counsel, have agreed that Plaintiff shall dismiss his Complaint with Prejudice. The parties to bear their own costs and fees.

The foregoing is hereby stipulated.

Dated: April 1, 2008

MICHAEL HOFFMAN

Attorney for Plaintiff JUDE DELGADO,

Dated: April 3, 2008

SONIA MARTIN

Attorney for Defendants

WILLIAMS LEA, INC, and, Charlotte Dolly

ORDER OF DISMISSAL

Based upon the foregoing, Plaintiff's Complaint is hereby dismissed with Prejudice. The parties to bear their own costs and fees.

Dated: April __, 2008

Hon. Jeffrey S. White

Judge, United States District Court

LAW OFFICES OF MICHAEL HOFFMAN
22 Battery Street, Ste. 1000
San Francisco, CA 94111
(415) 362-1111